AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Central__ District of __Illinois__

KIMBERLY WALLIS

V.

CARGILL MEAT SOLUTIONS CORPORATION

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 06-3147

**FILED**

JUL 1 8 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

TO: (Name and address of Defendant)

Cargill Meat Solutions Corporation
8295 Arenzville Road
Beardstown, IL  62618

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

R. Gerald Barris
John A. Kauerauf
Sorling, Northrup, Hanna, Cullen & Cochran, Ltd.
800 Illinois Building
607 East Adams Street
P. O. Box 5131
Springfield, Illinois 62705

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/ John M. Waters

CLERK

s/ C. Cathcart

(By) DEPUTY CLERK

DATE  7/13/06

◎AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 7-18-06 |
| NAME OF SERVER (PRINT) Linda Wallbaum | TITLE Private Investigator |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify): Michelle Gobel, Human Resource Assistant % Cargill Meat Solutions Corporation 8295 Arenzville Road, Beardstown, IL. 62618

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7-18-06
           Date

Signature of Server: Linda Wallbaum

Address of Server: 522 East Monroe, Suite 505, Springfield, IL. 62701

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.