# Affidavit of Process Server

E-FILED
Friday, 04 August, 2006 11:02:30 AM
Clerk, U.S. District Court, ILCD

**Kimberly Wallis** vs **Cargill Meat Solutions**
PLAINTIFF/PETITIONER — DEFENDANT/RESPONDENT — CASE #

Being duly sworn, on my oath, I **Aaron Willoughby**, declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served **Cargill Meat Solutions**
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $_____ witness fee and mileage
☑ Summons & Complaint

by serving (NAME) **Lourdes Ving**

at ☐ Home _____
☑ Business **208 S. LaSelle, Chgo Il.**
☐ on (DATE) **7/18/06** at (TIME) **1:25pm**

FILED
AUG 03 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service.
☑ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof, namely **Lourdes Ving**
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers, namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address  ☐ Evading  ☐ Other: _____
☐ Address Does Not Exist  ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding  ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( )_____, ( )_____, ( )_____,
DATE TIME   DATE TIME   DATE TIME
( )_____, ( )_____, ( )_____
DATE TIME   DATE TIME   DATE TIME

**Description:**
☐ Male    ☑ White Skin    ☑ Black Hair   ☐ White Hair   ☐ 14-20 Yrs.   ☐ Under 5'    ☐ Under 100 Lbs.
☑ Female  ☐ Black Skin    ☐ Brown Hair   ☐ Balding      ☑ 21-35 Yrs.   ☐ 5'0"-5'3"   ☐ 100-130 Lbs.
          ☐ Yellow Skin   ☐ Blond Hair                  ☐ 36-50 Yrs.   ☑ 5'4"-5'8"   ☑ 131-160 Lbs.
          ☐ Brown Skin    ☐ Gray Hair    ☐ Mustache     ☐ 51-65 Yrs.   ☐ 5'9"-6'0"   ☐ 161-200 Lbs.
☐ Glasses ☐ Red Skin      ☐ Red Hair     ☐ Beard        ☐ Over 65 Yrs. ☐ Over 6'     ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of Illinois   County of Cook

SERVED BY
**Aaron Willoughby**
LASALLE PROCESS SERVERS

Subscribed and sworn to before me,
a notary public, this **31** day of **July**, 20 **06**

NOTARY PUBLIC

OFFICIAL SEAL
ANDREW RAPHAEL
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-17-2007

NAPPS
CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Central_____ District of _____Illinois_____

KIMBERLY WALLIS

V.

CARGILL MEAT SOLUTIONS CORPORATION

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 06-3147

TO: (Name and address of Defendant)

Cargill Meat Solutions Corporation, c/o C T Corporation System,
208 S. LaSalle Street, Suite 814, Chicago, IL 60604-1101

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

R. Gerald Barris
John A. Kauerauf
Sorling, Northrup, Hanna, Cullen & Cochran, Ltd.
800 Illinois Building
607 East Adams Street
P. O. Box 5131
Springfield, Illinois 62705

an answer to the complaint which is served on you with this summons, within ____twenty (20)____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters                    7/13/06
CLERK                               DATE
s/ C. Cathcart
(By) DEPUTY CLERK