**E-FILED**
Friday, 01 September, 2006  01:35:07 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| KIMBERLY WALLIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO. 06-3147 |
| | ) | |
| CARGILL MEAT SOLUTIONS | ) | |
| CORPORATION, a Delaware Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## STATUS REPORT

NOW COMES Plaintiff, Kimberly Wallis, by her attorneys, Sorling, Northrup, Hanna, Cullen & Cochran, Ltd., R. Gerald Barris and John A. Kauerauf, of Counsel, and for her Status Report to the Court requested by the Court's August 31, 2006, Text Order, states as follows:

1.      Plaintiff initiated these proceedings on July 13, 2006, by filing a Complaint and causing Summons to be issued.  (Docket Items #1-3)

2.      Plaintiff achieved service upon Defendant on July 18, 2006.  (Docket Items #4-5)

3.      On August 3, 2006, Attorney Michael R. Phillips of the McGuire, Woods Law Firm, Chicago, contacted Plaintiff's counsel, represented that the McGuire Woods firm would be representing Defendant in the above-captioned matter, and requested of Plaintiff whether Plaintiff's counsel would object to Defendant filing a response to Plaintiff's Complaint as late as September 8, 2006.  Plaintiff's counsel stated that Plaintiff would not object to said request.

4.      Since August 3, 2006, counsel for Plaintiff has engaged in several conversations and communications with Attorney Phillips concerning the above-captioned matter.  Counsel for Plaintiff has no reason to believe that the McGuire Woods firm will not appear and respond to Plaintiff's Complaint on behalf of Defendant on or before September 8, 2006.

5.    Counsel for Plaintiff cannot speak to the reason why counsel for Defendant to date has not formally appeared or otherwise moved to extend the time allowed to respond to Plaintiff's Complaint, but in deference to Counsel for Plaintiff's agreement not to object as set forth in paragraph 3 above, Counsel for Plaintiff has not initiated further action before the Court to date.

6.    Counsel for Plaintiff will forward a copy of the Court's August 31, 2006, Text Order and this Status Report to Attorney Phillips and the McGuire Woods firm.

KIMBERLY WALLIS, Plaintiff

By:___/s/John A. Kauerauf_____
R. Gerald Barris Bar Number:  123323 and
John A. Kauerauf Bar Number: 6193413
Attorneys for Plaintiff
Sorling, Northrup, Hanna, Cullen & Cochran, Ltd.
Suite 800 Illinois Building
607 East Adams Street
P. O. Box 5131
Springfield, Illinois 62705
Telephone:  (217) 544-1144
Facsimile:  (217) 522-3173
E-Mail:  rgbarris@sorlinglaw.com
E-Mail:  jakauerauf@sorlinglaw.com

## PROOF OF SERVICE

I hereby certify that on September 1, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Cargill Meat Solutions Corporations
c/o Mr. Michael R. Phillips
McGuireWoods LLP
77 West Wacker Drive, Suite 4100
Chicago, IL 60601-1815
Fax: 312-920-6181

s/      John A. Kauerauf
R. Gerald Barris Bar Number: 123323 and
John A. Kauerauf Bar Number: 6193413
Attorneys for Plaintiff
Sorling, Northrup, Hanna, Cullen & Cochran, Ltd.
Suite 800, Illinois Building
607 East Adams Street
P. O. Box 5131
Springfield, Illinois 62705
Telephone: (217) 544-1144
Facsimile: (217) 522-3173
E-Mail: rgbarris@sorlinglaw.com
E-Mail: jakauerauf@sorlinglaw.com

{S0517571.1  9/1/2006 JAK SMR}