**E-FILED**
Friday, 08 September, 2006  11:33:56 AM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT

Central    DISTRICT OF    Illinois

Kimberly Wallis

**APPEARANCE**

Cargill Meat Solutions Corporation

Case Number: 06-cv-3147-rm-che

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
Cargill Meat Solutions Corporation

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 9/8/06 | s/ Michael R. Phillips |
| Date | Signature |
| | Michael R. Phillips     IL-06225845 |
| | Print Name     Bar Number |
| | McGuireWoods LLP |
| | 77 West Wacker Drive, 41st Floor |
| | Address |
| | Chicago,     IL     60601 |
| | City     State     Zip Code |
| | (312) 849-8100     (312) 849-3690 |
| | Phone Number     Fax Number |

American LegalNet, Inc.
www.USCourtForms.com