E-FILED
Monday, 02 October, 2006  10:06:30 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Springfield Division

| | |
|---|---|
| KIMBERLY WALLIS, | ) |
| Plaintiff, | ) |
| vs. | ) NO. 06-3147 |
| CARGILL MEAT SOLUTIONS CORPORATION, a Delaware Corporation, | ) |
| Defendant. | ) |

## REPORT OF RULE 26(f) PLANNING MEETING

Plaintiff, KIMBERLY WALLIS, being represented by R. Gerald Barris and John A. Kauerauf, Sorling, Northrup, Hanna, Cullen & Cochran, Ltd., and Defendant, CARGILL MEAT SOLUTIONS CORPORATION, being represented by Michael R. Phillips, McGuire Woods, LLP, met on September 25, 2006, for the purpose of formulating a proposed discovery calendar for consideration by the Court. The following are dates which Plaintiff and counsel for Defendant have agreed upon.

1. The deadline for amendment of pleadings is December 1, 2006.

2. The deadline for joining additional parties is December 1, 2006.

3. Plaintiff shall disclose experts and provide expert reports by May 1, 2007. Plaintiff shall make any such experts available for deposition by June 1, 2007.

4. Defendant shall disclose experts and provide expert reports by August 1, 2007. Defendant shall make any such experts available for deposition by September 1, 2007.

5. Plaintiff shall disclose rebuttal experts and provide expert reports by October 1, 2007. Plaintiff shall make rebuttal experts available for deposition by November 1, 2007.

6. Discovery shall be modified as follows: No modifications are deemed necessary at this time.

{S0518186.4  9/27/2006 JAK SMR}

7. All discovery, including deposition of experts, is to be completed by March 15, 2008.

8. The deadline for filing case dispositive motions shall be April 15, 2008.

| KIMBERLY WALLIS, Plaintiff | CARGILL MEAT SOLUTIONS CORPORATIONS, Defendant |
|---|---|
| By: /s/John A. Kauerauf<br>R. Gerald Barris Bar # 123323<br>John A. Kauerauf Bar # 6193413<br>Attorneys for Plaintiff<br>Sorling, Northrup, Hanna,<br>Cullen & Cochran, Ltd.<br>Suite 800 Illinois Building<br>607 East Adams Street<br>P. O. Box 5131<br>Springfield, Illinois 62705<br>Telephone: (217) 544-1144<br>Facsimile: (217) 522-3173<br>E-Mail: rgbarris@sorlinglaw.com<br>E-Mail: jakauerauf@sorlinglaw.com | By: /s/ Michael R. Phillips<br>Michael R. Phillips Bar #06225845<br>McGuireWoods LLP<br>77 West Wacker Drive, Suite 4100<br>Chicago, IL 60601-1815<br>Telephone: (312) 849-8100<br>Fax: 312-920-6181<br>E-Mail: mphillips@mcguirewoods.com |

## O R D E R

This Court accepts the discovery calendar itemized above with any noted changes, as well as the additions below.

The matter is scheduled for a *telephone status conference* before _____ on _____.

The matter is scheduled for *final pretrial conference* by personal appearance before _____ on _____.

The matter is scheduled for *jury selection/jury trial* before _____ on _____ **(Case No. 06-3147).**

ENTERED this _____ day of _____, 2006.

_____

{S0518186.4 9/27/2006 JAK SMR}