IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS -- SPRINGFIELD DIVISION

| | | |
|---|---|---|
| KIMBERLY WALLIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 06-3147 |
| | ) | |
| CARGILL MEAT SOLUTIONS CORPORATION, | ) ) | |
| | ) | |
| Defendant. | ) | |

## SCHEDULING ORDER

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure a scheduling conference was held on October 10, 2006 , with Attorneys John Kauerauf, R. Gerald Barris and Michael Phillips.

TIME LIMITS AND SETTINGS ARE ORDERED AS FOLLOWS:

1. No motions to join other parties and to amend the pleadings to be filed after December 1, 2006.

2. March 14, 2008 , to complete all discovery.
Any written discovery served subsequent to the date of this Order to be served by a date that allows the served party the full 30 days provided by the Federal Rules of Civil Procedure in which to comply before March 14, 2008.

3. April 15, 2008, , to file dispositive motions.
No dispositive motions filed after April 15, 2008, will be considered by the Court.

4. August 4, 2008, at 1:30 p.m. for a Final Pre-trial Conference. All Motions in Limine to be filed per Local Rule 16.1 (E) (8).

5. September 2, 2008 , at 10:00 a.m. for trial on the trailing trial calendar.

      6.      <u>May 1, 2007</u>, for plaintiff to identify testifying experts and provide Rule 26 reports.

           <u>August 1, 2007</u>, for defendant to identify testifying experts and provide Rule 26 reports.

           <u>October 1, 2007,</u> for plaintiff to identify rebuttal experts and provide Rule 26 reports.
(NOTE: This includes treating physicians and all other witnesses, medical and non-medical.)

NOTE:  A CONTINUANCE OF THE TRIAL DATE AND/OR FINAL PRE-TRIAL DATE, DOES <u>NOT</u> ALTER OR EXTEND ANY OF THE OTHER ABOVE DATES.

ANY CONFLICTS BETWEEN THE SCHEDULING ORDER AND THE PROPOSED DISCOVERY PLAN SHALL BE CONTROLLED BY THE SCHEDULING ORDER.

ENTERED:  October 10, 2006.

COPIES SENT TO: All attorneys of record.

                                            s/Charles H. Evans
                                          CHARLES H. EVANS
                                      United States Magistrate Judge