IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| KIMBERLY WALLIS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO. 3:06-cv-03147-RM-CHE |
| | ) | |
| CARGILL MEAT SOLUTIONS | ) | Judge Richard Mills |
| CORPORATION, a Delaware Corporation, | ) | Magistrate Judge Charles H. Evans |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION TO AMEND THE SCHEDULING ORDER**

Defendant, Cargill Meat Solutions Corporation ("Defendant"), and Plaintiff, Kimberly Wallis ("Plaintiff"), by and through their attorneys, hereby jointly move this Court for an Order amending the Scheduling Order to extend the discovery completion deadline and the dispositive motion deadline. In support of this motion, the parties state as follows:

1. On October 10, 2006, this Court entered its Scheduling Order, in which it set March 14, 2007 as the discovery completion deadline and April 15, 2007 as the dispositive motion deadline. The Court further set August 4, 2007 for the pre-trial conference and September 2, 2007 for the trial date.[1]  (#10.)

2. The parties have diligently pursued fact discovery since October 10, 2006. In particular, the parties have exchanged several rounds of written discovery and have already taken the deposition of Plaintiff and one other fact witness. The parties currently have five more depositions scheduled from February 7 - 9, and an additional deposition scheduled for February 22, 2007.

---

[1] The Scheduling Order actually states that the discovery completion date, dispositive motion deadline, pre-trial conference and trial date are all set for 2008, not 2007. (*See* #10.) It is the parties' understanding that the year (2008) noted in the Order is incorrect, and that this Court intended each of these dates for 2007.

3. The parties anticipate the need to take approximately five to seven additional depositions, including the depositions of several treating physicians and former CMSC employees. However, because several of the future deponents are outside of the parties' control and/or reside outside of Illinois and due to the trial schedule of defense counsel the parties believe that it would be difficult or impossible to complete these additional depositions prior to the existing discovery completion date of March 14, 2007.

4. The parties therefore request that both the discovery completion deadline and dispositive motion deadline be extended by thirty (30) days to permit them adequate time to complete discovery.

WHEREFORE Defendant, Cargill Meat Solutions Corporation, and Plaintiff, Kimberly Wallis, respectfully move this Court for an Order extending the discovery completion deadline to April 13, 2007 and the dispositive motion deadline to May 16, 2007.

Date: February 7, 2007

Respectfully submitted,

By: /s/ Michael R. Phillips
   One of the Attorneys for Defendant,
   Cargill Meat Solutions Corporation

Joel H. Spitz
Michael R. Phillips
John C. Gardner
McGuireWoods LLP
77 West Wacker Drive
Suite 4100
Chicago, Illinois 60601-1815
(312) 849-8100
(312) 849-3690 (fax)

Date: February 7, 2007

Respectfully submitted,

By: /s/ R. Gerald Barris
   One of the Attorneys for Plaintiff,
   Kimberly Wallis

R. Gerald Barris
John A. Kauerauf
Sorling, Northrup, Hanna, Cullen & Cochran, Ltd.
607 East Adams St.
Suite 800
P.O. Box 5131
Springfield, IL 62701
(217) 544-1144
(217 522-3173 (fax)

#4395251 (v.1).doc

2