**E-FILED**
Wednesday, 01 August, 2007  02:16:10 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | | |
|---|---|---|
| KIMBERLY WALLIS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO. 3:06-cv-03147-RM-CHE |
| | ) | |
| CARGILL MEAT SOLUTIONS | ) | Judge Richard Mills |
| CORPORATION, a Delaware Corporation, | ) | Magistrate Judge Charles H. Evans |
| | ) | |
| Defendant. | ) | |

### JOINT MOTION TO AMEND THE SCHEDULING ORDER

Defendant, Cargill Meat Solutions Corporation ("Defendant"), and Plaintiff, Kimberly Wallis ("Plaintiff"), by and through their attorneys, hereby jointly move this Court for an Order amending the Scheduling Order to extend the deadlines for Defendant to identify its testifying experts and for Plaintiff to identify her rebuttal experts. In support of this motion, the parties state as follows:

1.      On October 10, 2006, this Court entered its Scheduling Order, in which it set August 1, 2007 as the deadline for Defendant to identify its testifying experts and to provide Rule 26 reports in connection thereto. The Court further set October 1, 2007 as the deadline for Plaintiff to identify her rebuttal experts and to provide Rule 26 reports in connection thereto. (#10.)

2.      The parties have recently agreed to mediate this case and expect the mediation to be scheduled for either August or September, 2007.

3.      The parties do not wish to conduct any additional expert-related discovery until after the mediation has occurred. Neither party believes that spending additional time and money on expert discovery would be conducive to a successful mediation and/or settlement.

4.      The parties therefore request that both Defendant's deadline for identifying its testifying experts and Plaintiff's deadline for identifying her rebuttal experts be extended to October 1, 2007 and December 3, 2007, respectively.

WHEREFORE Defendant, Cargill Meat Solutions Corporation, and Plaintiff, Kimberly Wallis, respectfully move this Court for an Order extending Defendant's deadline for identifying expert witnesses to October 1, 2007 and Plaintiff's deadline for identifying rebuttal experts to December 3, 2007.

Date: August 1, 2007

Respectfully submitted,


By: /s/ Michael R. Phillips_____
      One of the Attorneys for Defendant,
      Cargill Meat Solutions Corporation

Joel H. Spitz
Michael R. Phillips
John C. Gardner
McGuireWoods LLP
77 West Wacker Drive
Suite 4100
Chicago, Illinois 60601-1815
(312) 849-8100
(312) 849-3690 (fax)

Date: August 1, 2007

Respectfully submitted,


By: /s/ John A. Kauerauf_____
      One of the Attorneys for Plaintiff,
      Kimberly Wallis

R. Gerald Barris
John A. Kauerauf
Sorling, Northrup, Hanna, Cullen & Cochran, Ltd.
607 East Adams St.
Suite 800
P.O. Box 5131
Springfield, IL 62701
(217) 544-1144
(217 522-3173 (fax)

#4681018 (v.1).doc