IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| KIMBERLY WALLIS | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) NO. 3:06-cv-03147-RM-CHE |
| | ) |
| CARGILL MEAT SOLUTIONS | ) Judge Richard Mills |
| CORPORATION, a Delaware Corporation, | ) Magistrate Judge Charles H. Evans |
| | ) |
| Defendant. | ) |

## MOTION FOR EXTENSION OF TIME

NOW COMES Plaintiff, KIMBERLY WALLIS, by and through her attorneys, Sorling, Northrup, Hanna, Cullen & Cochran, Ltd., R. Gerald Barris and John A. Kauerauf, of counsel, and move for extension of time to Wednesday, November 28, 2007 to respond to Defendant's Motion for Partial Summary Judgment. In support of this Motion, Plaintiff states as follows:

1. On September 28, 2007, Defendant filed a Motion for Partial Summary Judgment on its Tenth and Eleventh Defenses and on Plaintiff's Americans with Disabilities Act claim.

2. Plaintiffs counsel received copies of Defendant's pleadings on September 28, 2007, and thus pursuant to local rules are permitted 21 days to respond to Defendant's Motion for Summary Judgment.

3. On Friday, October 5, 2007, Plaintiff and Defendant participated in mediation in an attempt to resolve this dispute. While no agreement was reached, a second mediation is being contemplated for Monday, November 19, 2007.

4. In addition, Attorney Emily Fathauer, who is primarily responsible for drafting the response, is getting married on October 20, 2007 and will be out of the office beginning October 18, 2007 and will not return until October 30, 2007.

5. Defendant has agreed that Plaintiff should be granted a 30-day extension to respond to Defendant's Motion for Summary Judgment.

WHEREFORE, Plaintiff requests an extension of time to Wednesday, November 28, 2007, to respond to Defendant's Motion for Partial Summary Judgment.

Respectfully Submitted,

KIMBERLY WALLIS, Plaintiff,

By: # R. Gerald Barris
    One of Her Attorneys
Sorling, Northrup, Hanna,
Cullen & Cochran, Ltd.
R. Gerald Barris (#123323) and
John A. Kauerauf (#6193413), of Counsel
Suite 800 Illinois Building
P.O. Box 5131
Springfield, IL 62705
Telephone: 217.544.1144
Fax: 217.522.3173
E-Mail: rgbarris@sorlinglaw.com
and jakauerauf@sorlinglaw.com

{S0557812.2 10/8/2007 EBF EBF}

**CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  Michael R. Phillips mphillips@mcguirewoods.com.

By: # R. Gerald Barris
     One of Her Attorneys
Sorling, Northrup, Hanna,
Cullen & Cochran, Ltd.
R. Gerald Barris (#123323) and
John A. Kauerauf (#6193413), of Counsel
Suite 800 Illinois Building
P.O. Box 5131
Springfield, IL 62705
Telephone:  217.544.1144
Fax:  217.522.3173
E-Mail: rgbarris@sorlinglaw.com
and jakauerauf@sorlinglaw.com
