IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| KIMBERLY WALLIS | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) NO. 3:06-cv-03147-RM-CHE |
| | ) |
| CARGILL MEAT SOLUTIONS | ) Judge Richard Mills |
| CORPORATION, a Delaware Corporation, | ) Magistrate Judge Charles H. Evans |
| | ) |
| Defendant. | ) |

## SECOND MOTION FOR EXTENSION OF TIME

NOW COMES Plaintiff, KIMBERLY WALLIS, by and through her attorneys, Sorling, Northrup, Hanna, Cullen & Cochran, Ltd., R. Gerald Barris and John A. Kauerauf, of counsel, who herein move for extension of time to Wednesday, December 12, 2007, to respond to Defendant's Motion for Partial Summary Judgment. In support of this Motion, Plaintiff states as follows:

1. On September 28, 2007, Defendant filed a Motion for Partial Summary Judgment on its Tenth and Eleventh Defenses and on Plaintiff's Americans with Disabilities Act claim.

2. Plaintiffs counsel received copies of Defendant's pleadings on September 28, 2007, and thus pursuant to local rules are permitted 21 days to respond to Defendant's Motion for Summary Judgment.

3. On Friday, October 5, 2007, Plaintiff and Defendant participated in mediation in an attempt to resolve this dispute. A second mediation was held on Monday, November 19, 2007, which resulted in an agreement to resolve the dispute.

4. The parties are in the process of finalizing a written resolution agreement and anticipate filing a Stipulation of Dismissal upon completion of that process.

{S0562629.1 11/29/2007 JAK EBF}

5. This Motion is filed to preserve Plaintiff's litigation rights in the unlikely event that the parties are unable to finalize a resolution agreement.

6. Defendant has been furnished a copy of this Motion and has informed Plaintiff that Defendant has no objection thereto.

WHEREFORE, Plaintiff requests an extension of time to Wednesday, December 12, 2007, to respond to Defendant's Motion for Partial Summary Judgment.

Respectfully submitted,

KIMBERLY WALLIS, Plaintiff

By:   s/ John A. Kauerauf
     John A. Kauerauf, Bar # 6193413
     Attorney for Plaintiff
     R. Gerald Barris, Bar #123323
     Sorling, Northrup, Hanna,
        Cullen & Cochran, Ltd.
     Suite 800 Illinois Building
     P.O. Box 5131
     Springfield, IL 62705
     Telephone: 217/544 1144
     Fax: 217/522-3173
     E Mail: jakauerauf@sorlinglaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was served by electronic service through the Court's ECF System to the following:

Mr. Michael R. Phillips
McGuireWoods LLP
77 West Wacker Drive, Suite 4100
Chicago, IL 60601-1815
mphillips@mcguirewoods.com

and via First Class Mail, postage prepaid, to the following:

(none)

on the 29th day of November, 2007.

> s/ John A. Kauerauf
> John A. Kauerauf, Bar #: 6193413
> Attorney for Defendant
> Sorling, Northrup, Hanna, Cullen & Cochran, Ltd.
> Suite 800 Illinois Building
> P.O. Box 5131
> Springfield, IL 62705
> Telephone: 217/544 1144
> Fax: 217/522-3173
> E Mail: jakauerauf@sorlinglaw.com