IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| KIMBERLY WALLIS | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) NO. 3:06-cv-03147-RM-CHE |
| | ) |
| CARGILL MEAT SOLUTIONS | ) Judge Richard Mills |
| CORPORATION, a Delaware Corporation, | ) Magistrate Judge Charles H. Evans |
| | ) |
| Defendant. | ) |

**THIRD MOTION FOR EXTENSION OF TIME**

NOW COMES Plaintiff, KIMBERLY WALLIS, by and through her attorneys, Sorling, Northrup, Hanna, Cullen & Cochran, Ltd., R. Gerald Barris and John A. Kauerauf, of counsel, who herein move for extension of time to Wednesday, December 26, 2007, to respond to Defendant's Motion for Partial Summary Judgment. In support of this Motion, Plaintiff states as follows:

1.  On September 28, 2007, Defendant filed a Motion for Partial Summary Judgment on its Tenth and Eleventh Defenses and on Plaintiff's Americans with Disabilities Act claim.

2.  Plaintiffs counsel received copies of Defendant's pleadings on September 28, 2007, and thus pursuant to local rules are permitted 21 days to respond to Defendant's Motion for Summary Judgment.

3.  On Friday, October 5, 2007, Plaintiff and Defendant participated in mediation in an attempt to resolve this dispute. A second mediation was held on Monday, November 19, 2007, which resulted in an agreement to resolve the dispute.

4.  The parties are in the process of finalizing a written resolution agreement and anticipate filing a Stipulation of Dismissal upon completion of that process. Since the filing of

{S0564169.1 12/12/2007 JAK EBF}

the Second Motion for Extension of Time in this matter (Docket Entry #17), the parties have continued to work diligently on the resolution of this matter. Counsel for Defendant advises that Defendant's internal corporate approval of a written resolution agreement negotiated by counsel is expected momentarily.

5. This Motion is filed to preserve Plaintiff's litigation rights in the unlikely event that the parties are unable to finalize a resolution agreement.

6. Defendant has been furnished a copy of this Motion and has informed Plaintiff that Defendant has no objection thereto.

WHEREFORE, Plaintiff requests an extension of time to Wednesday, December 26, 2007, to respond to Defendant's Motion for Partial Summary Judgment.

Respectfully submitted,

KIMBERLY WALLIS, Plaintiff

By: s/ John A. Kauerauf
John A. Kauerauf, Bar # 6193413
Attorney for Plaintiff
R. Gerald Barris, Bar #123323
Sorling, Northrup, Hanna,
    Cullen & Cochran, Ltd.
Suite 800 Illinois Building
P.O. Box 5131
Springfield, IL 62705
Telephone: 217/544 1144
Fax: 217/522-3173
E Mail: jakauerauf@sorlinglaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was served by electronic service through the Court's ECF System to the following:

Mr. Michael R. Phillips
McGuireWoods LLP
77 West Wacker Drive, Suite 4100
Chicago, IL 60601-1815
mphillips@mcguirewoods.com

and via First Class Mail, postage prepaid, to the following:

(none)

on the 12th day of December, 2007.

                                        s/ John A. Kauerauf
                                        John A. Kauerauf, Bar #: 6193413
                                        Attorney for Defendant
                                        Sorling, Northrup, Hanna, Cullen & Cochran, Ltd.
                                        Suite 800 Illinois Building
                                        P.O. Box 5131
                                        Springfield, IL 62705
                                        Telephone: 217/544 1144
                                        Fax: 217/522-3173
                                        E Mail: jakauerauf@sorlinglaw.com