E-FILED
Thursday, 27 December, 2007  02:02:13 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| KIMBERLY WALLIS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO. 3:06-cv-03147-RM-CHE |
| | ) | |
| CARGILL MEAT SOLUTIONS | ) | Judge Richard Mills |
| CORPORATION, a Delaware Corporation, | ) | Magistrate Judge Charles H. Evans |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION TO DISMISS WITH PREJUDICE

Plaintiff, KIMBERLY WALLIS, and Defendant, CARGILL MEAT SOLUTIONS CORPORATION ("CMSC"), pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate as follows:

That this matter be dismissed WITH PREJUDICE pursuant to settlement, each party to bear its own costs and attorneys' fees, with the Court to retain jurisdiction over CMSC for thirty (30) days to enforce the terms of settlement.

SO STIPULATED AND AGREED.

Dated: December 27, 2007

Respectfully submitted,                    Respectfully submitted,

KIMBERLY WALLIS                            CARGILL MEAT SOLUTIONS CORPORATION


By: s/ John A. Kauerauf                    By: s/ Michael R. Phillips
    One of Her Attorneys                        One of Its Attorneys

{S0565491.1 12/27/2007 JAK SMR}

1

| | |
|---|---|
| John A. Kauerauf, Bar # 6193413 | Joel H. Spitz |
| Attorney for Plaintiff | Michael R. Phillips |
| R. Gerald Barris, Bar #123323 | John C. Gardner |
| Sorling, Northrup, Hanna, | Attorney for Defendant |
|     Cullen & Cochran, Ltd. | McGuireWoods LLP |
| Suite 800 Illinois Building | 77 West Wacker Drive, Suite 4100 |
| P.O. Box 5131 | Chicago, Illinois 60601-1815 |
| Springfield, IL 62705 | Telephone: 312/849-8100 |
| Telephone: 217/544 1144 | Fax: 312/849-3690 |
| Fax: 217/522-3173 | E-mail: jspitz@mcguirewoods.com |
| E Mail: jakauerauf@sorlinglaw.com |     mphillips@mcguirewoods.com |
|     rgbarris@sorlinglaw.com |     jgardner@mcguirewoods.com |